

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. |
|---|---|
| v. | Violation: Title 18, United States Code, Section 1343 |
| ZANE PARKS | 1:26-cr-076<br>Judge Georgia N. Alexakis<br>Magistrate Judge Gabriel A. Fuentes<br>Random/ Cat. 3 |

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

    a. Defendant ZANE PARKS was employed at Company A, a printing services business based in Gurnee, Illinois, where she served as Company A's Accounts Payable/Accounting Analyst.

    b. Company A provided certain employees with a credit card to be used for business-related purchases. In connection with her employment, defendant managed the corporate credit program for Company A.

    c. Employees issued a Company A credit card sent their receipts to defendant at the end of each month for reimbursement for Company A expenses paid by employees on their corporate credit card.

    d. In connection with her employment, defendant also reviewed and approved requests for payment by Company A of invoices submitted by vendors.

    e. To obtain authority for Company A to issue payments, defendant periodically submitted itemized reports of authorized expenses to both the controller of finance and the chief financial officer. The controller of finance and chief financial

officer relied on defendant to truthfully verify that invoices and claims for reimbursement were properly documented and submitted for business-related expenses before seeking authorization for payment.

   f. Company B was a business establishment, located in Gurnee, Illinois.

   2. Beginning in or around November 2019 and continuing through in or around September 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

ZANE PARKS,

defendant herein, knowingly devised, intended to devise, and participated in a scheme to defraud Company A, and to obtain money and property of Company A by means of materially false and fraudulent pretenses, representations, and promises, which scheme is further described below.

   3. It was part of the scheme that defendant obtained a Company A credit card that she knew she was not authorized to possess and used the card for personal expenses and to make cash advances to financial accounts she controlled for her personal use.

   4. It was further part of the scheme that defendant used her position at Company A to conceal her theft of funds by removing unauthorized personal charges from reports she submitted to Company A relating to the corporate credit card program.

5. It was further part of the scheme that defendant created inflated supplier invoices and submitted the fraudulent invoices for approval, thereby enabling reconciliation of expenses paid with Company A's accounts payable records, and thereby helping to conceal her personal use of the Company A credit card she was not authorized to possess or use.

6. It was further part of the scheme that defendant misrepresented, concealed, and hid, and caused to be misrepresented, concealed, and hidden, the existence of the scheme, the purposes of the scheme, and acts done in furtherance of the scheme.

7. As a result of the scheme, defendant fraudulently misappropriated approximately $5 million from Company A.

8.      On or about July 17, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

ZANE PARKS,

defendant herein, for the purpose of executing the above-described scheme, did knowingly cause to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, a charge on a Company A credit card in the amount of $1,318 payable to Company B, which transaction was processed through servers located outside of Illinois;

In violation of Title 18, United States Code, Section 1343.

MATTHEW GETTER
Digitally signed by MATTHEW GETTER
Date: 2026.02.23 16:56:46 -06'00'
_____ for ASB
Signed by Mathew Getter on behalf of the
UNITED STATES ATTORNEY